# Court of Appeals
# of the State of Georgia

ATLANTA,__January 29, 2018____

*The Court of Appeals hereby passes the following order:*

**A18A0885.  LINNETTE YARD v. TERRY YARD.**

In this divorce action, the wife Linnette Yard and the husband Terry Yard were divorced pursuant to a divorce decree entered by the trial court on July 20, 2017.  The wife filed a motion for new trial, which the trial court denied on August 25, 2017.  The wife then filed a motion for reconsideration and motion to reopen for fraud, which the trial court denied on September 14, 2017.  The wife filed this direct appeal on October 12, 2017.  We, however, lack jurisdiction.

First, "[a]ppeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2).   The wife's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal.  See *Russo v. Manning*, 252 Ga. 155, 156 (312 SE2d 319) (1984).

Second, the appeal is untimely.  A notice of appeal must be filed within 30 days of the entry of the order or judgment sought to be appealed.  See OCGA § 5-6-38 (a). Although a timely motion for new trial extends the time for filing a notice of appeal, see OCGA § 5-6-38 (a), here the trial court denied the wife's motion for new trial on August 25, 2017, and the wife did not file her appeal until October 12, 2017, 48 days later.  Although the wife filed a motion for reconsideration and motion to reopen for fraud in the interim, the denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal.  See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271-272 (326 SE2d 5) (1985).  Further, to the

extent the wife's motion to reopen for fraud was in substance a motion to set aside under OCGA § 9-11-60 (d) (2), she was required to file an application for discretionary appeal to seek appellate review. See OCGA § 5-6-35 (a) (8).

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/29/2018*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*